1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA
10                         WESTERN DIVISION

11  THOMAS LEE GLEASON,           )  No. CV 13-07015-CBM (DFM)
                                  )
12              Plaintiff,        )
                                  )  Order Accepting Report and
13        v.                      )  Recommendation of United States
                                  )  Magistrate Judge
14  L. FRANKLIN,                  )
                                  )
15                                )
                Defendant.        )
16                                )
                                  )
17  _____)

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended
19  Complaint, the records on file, and the Report and Recommendation of the
20  assigned United States Magistrate Judge. Neither party has filed any written
21  objections to the report. The Court accepts the findings and recommendation
22  of the Magistrate Judge.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

THEREFORE, IT IS HEREBY ORDERED as follows:

1. Defendant Franklin's motion to dismiss is denied.
2. Defendant Franklin is ordered to file an Answer within twenty-one (21) days of the date of this Order.

Dated: August 11, 2014 \_\_\_\_  _____
CONSUELO B. MARSHALL
United States District Judge