UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THOMAS LEE GLEASON, JR., | No. CV 13-07015-CBM (DFM) |
|---|---|
| Plaintiff, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| L. FRANKLIN et al., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.

///
///
///

    2.    Defendant Franklin's motion is granted.

    3.    Judgment shall be entered dismissing this case without prejudice.

Dated: October 8, 2015_____      _____

                                         CONSUELO B. MARSHALL
                                         United States District Judge