JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | No. CV 13-07015-CBM (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| L. FRANKLIN et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 8, 2015

_____

CONSUELO B. MARSHALL
United States District Judge